IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                              2:15-cr-44-1

Dean Daniels

### ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 51) that the defendant's guilty plea be accepted. The court accepts the defendant's pleas of guilty to Counts 1 and 2 of the information, and he is hereby adjudged guilty on those counts.

Date: August 27, 2015                s\James L. Graham
                                        James L. Graham
                                        United States District Judge